AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| JULIO EMANUEL ARA-REVOLORIO | Case Number:   3:22-CR-02470-DDL |
| | David Sanders Wilson, CJA |
| | Defendant's Attorney |

**REGISTRATION NO.**   24596510

☐  _

The Defendant:

☒  pleaded guilty to count(s)

☐  was found guilty on count(s)   One (1) and Two (2) of Superseding Information
   after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 U.S.C. 1325; 18 U.S.C. 2 | Illegal Entry; Aiding and Abetting (Misdemeanor) | 1s |
| 8 U.S.C. 1325; 18 U.S.C. 2 | Illegal Entry; Aiding and Abetting (Misdemeanor) | 2s |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.

☐  The defendant has been found not guilty on count(s)

☒  Count(s)   Underlying counts   are   dismissed on the motion of the United States.

☒  Assessment : $20 ($10 as to each count)
   _

☒  No fine      ☐  Forfeiture pursuant to order filed                                           , included herein.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

March 23, 2023
Date of Imposition of Sentence

*David Leshner* (signature)

HON. David D. Leshner
UNITED STATES MAGISTRATE JUDGE

3:22-CR-02470-DDL

AO 245B (CASD Rev. 08/14) Judgment in a Petty Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | JULIO EMANUEL ARA-REVOLORIO | Judgment - Page **2** of **2** |
| CASE NUMBER: | 3:22-CR-02470-DDL | |

# **IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

Six (6) Months as to Count 1s
Six (6) Months as to Count 2s (consecutive)

☐  Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☒  The defendant shall surrender to the United States Marshal for this district:

    ☒  at  12:00  P.M.  on  4/24/2023

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  on or before
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

# **RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

3:22-CR-02470-DDL